**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA ,**
                    **Plaintiff,**

    **vs.**

**THOMAS PICCIRILLO, MARIANNE PICIRILLO,**
**ABN AMRO MORTGAGE GROUP, INC., NEW YORK**
**STATE DEPT. OF TAXATION, AND FINANCE, NEW**
**YORK STATE DEPT. OF LABOR, COUNTY OF CAYUGA,**
**ROGER TUMBER, MARTHA TUMBER, JOE DOE,**
**JANE DOE,**                                  **5:07-CV-00442 (NPM/DEP)**
                    **Defendants,**

---

APPEARANCES:                              Of Counsel:

FOR PLAINTIFF:

HON. ANDREW T. BAXTER            WILLIAM H. PEASE, ESQ.
Acting United States Attorney            Assistant U.S. Attorney
Northern District of New York
100 S. Clinton Street
P.O. Box 7198
Syracuse, NY 13261-7198

U.S. DEPT. OF JUSTICE                BARTHOLOMEW CIRENZA, ESQ.
555 Fourth Street, N. W.                Trial Attorney
Room 7814
Washington, DC 20001

FOR DEFENDANTS:

THOMAS PICCIRILLO, Pro Se
P.O. Box 12
Skaneateles, NY 13152

| | |
|---|---|
| BOND SCHOENECK LAW FIRM<br>For Defendant Marianne B. Piccirillio<br>One Lincoln Center<br>Syracuse, NY 13202-1355 | H. J. HUBERT, ESQ. |
| RELIN, GOLDSTEIN LAW FIRM<br>For Defendant ABN AMRO<br>1800 First Federal Plaza<br>28 East Main Street<br>Suite 1800<br>Rochester, NY 14614-1991 | DAVID P. CASE, ESQ. |
| GIACONA LAW OFFICE<br>For Defendant County of Cayuga<br>75 Genesee Street<br>Auburn, NY 13201 | SAMUEL P. GIACONA, ESQ. |

NEAL P. McCURN, Sr. J.

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Presently before this Court is the Report and Recommendation of the Hon. David E. Peebles, USMJ, dated October 10, 2008 (Dkt. No. 61), recommending that defendant Thomas Piccirillo's answer to plaintiff's complaint in this action (Dkt. No. 22) be stricken, that he be declared in default in this action and that plaintiff be given permission to file a motion seeking the entry of an appropriate default judgment as against that defendant.

Pursuant to 28 U.S.C. § 636(b)(1), petitioner had ten days to file

objections to the instant Report and Recommendation, which was filed and served upon all parties on October 10, 2008. The court allowed seventeen days from the filing of the Report and Recommendation, to October 17, 2008, for the defendant Thomas Piccirillo to file objections. Although the time to object has expired, no objections have been received by this court.

Therefore, absent objection, the court adopts in its entirety the Report and Recommendation of the Hon. David E. Peebles, USMJ, dated October 10, 2008 (Dkt. No. 61). The court orders that the answer of defendant Thomas Piccirillo to plaintiff's complaint in this action (Dkt. No. 22) is stricken as it relates to that defendant. Defendant Thomas Piccirillo is declared in default in this action and plaintiff is hereby given permission to file a motion seeking the entry of an appropriate default judgment as against said defendant.

**IT IS SO ORDERED**
**Dated: November 12, 2008**
**Syracuse, New York**

_____
Neal P. McCurn
Senior U.S. District Judge