UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                      Plaintiff,        Civil Action No. 5:07-cv-422 NPM/DEP
v.                                                   Judge: McCurn, SJ
                                                             Magistrate Judge: Peebles

THOMAS PICCIRILLO, MARIANNE B.
PICCIRILLO, ABN AMRO MORTGAGE
GROUP, INC., NEW YORK STATE DEPT. OF
TAXATION & FINANCE, NEW YORK STATE
DEPT. OF LABOR, COUNTY OF CAYUGA,
ROGER TUMBER, MARTHA TUMBER, JOHN
DOE, AND JANE DOE,

                                      Defendants.
-----------------------------------------------------------X

### ORDER RE: DISTRIBUTION OF NET PROCEEDS
### FROM SALE OF PROPERTY KNOWN AS 160 EAST GENESEE STREET,
### LOCATED IN THE VILLAGE OF SKANEATELES, NEW YORK

The Court being advised that an offer to purchase a parcel of real property, located 160 East Genesee Street, in the Village of Skaneateles (Onondaga County), New York (hereinafter referred to as 160 East Genesee Street), has been solicited from Tara Colvin and Michael Page, for the sum of $210,000.00, without regard to pro rata and negotiated adjustments to such selling price that may be made at the closing of the sale transaction, and the Court having confirmed and approved the sale of such property to Tara Colvin and Michael Page for said sum, which order has been entered on the _4th_ day of _June_ 2012, and the United States having now moved this Court for an order to permit the Receiver to distribute the gross proceeds from the sale to all parties who have an interest in such proceeds, the Court

HEREBY ORDERS, ADJUDGES AND DECREES, that upon the closing of the sale transaction of 160 East Genesee Street, the Receiver, James J. Driscoll of Auburn Sherlock Homes Real Estate, Inc., shall distribute such gross proceeds of sale of the subject premises, as

follows:

    a.    First, the Receiver shall retain the sum of **$10,500.00** (representing 5% of the $210,000.00 selling price) as compensation for service to this Court in marketing and selling the subject real property, which percentage was previously approved by this Court in its Order Appointing Receiver dated August 4, 2009;

    b.    Second, the Receiver shall pay the sum of **$92,747.34** to the County of Cayuga representing the real estate taxes assessed against 160 East Genesee Street; and

    c.    Third, the Receiver shall pay the remaining sale proceeds, to the United States of America, with check made payable to: "United States Treasury", c/o Bartholomew Cirenza, United States Department of Justice, Tax Division, Post Office Box 55, Ben Franklin Station, Washington, D.C. 20044.

**IT IS SO ORDERED:**

This _4th_ day of _June_, 2012,

_/s/ Neal P. McCurn_
NEAL P. McCURN
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF NEW YORK